# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| *In re:* | Chapter 13 |
| NICHOLAUS SWEATT, | Case No. 24-10787-cjf |
| Debtor. | |

## OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN

Yvonne K. Edmunds ("Creditor"), through her attorney, J. David Krekeler of Krekeler Law, S.C., hereby objects to the confirmation of Nicholaus Sweatt's ("Debtor's") Chapter 13 plan, and in support thereof, allege as follows:

1. The Debtor filed his Chapter 13 petition on April 22, 2024. The Debtor is "below-median" debtor according to his Schedule 122-C.

2. The Creditor is an unsecured creditor of the Debtor.

3. The Debtor's Chapter 13 plan does not comply with the provisions of Chapter 13 of the Bankruptcy Code (the "Code"), in that:

    a. The Debtor's Chapter 13 plan does not comply with the provisions of 11 U.S.C. § 1325 as required under 11 U.S.C. § 1325(a)(1).

    b. The Debtor's Chapter 13 plan has not been proposed in good faith as required under 11 U.S.C. § 1325(a)(3).

    c. The Debtor's plan does not provide for the Debtor's unsecured creditors with the value, as of the effective date of the plan, of property equal to what each allowed unsecured claim would have otherwise received if this case were a case under Chapter 7 of the Code, as required under 11 U.S.C. § 1325(a)(4). The Debtor's bankruptcy schedules misstate the current value of the property based on its use of

Zillow and relies on a dated sale amount as the basis for its valuation. Furthermore, the Debtor grossly underestimates the value of the Debtor's primary residence, with the home's value ranging closer to between $700,000.00 and $900,000.00 per Homes.com, Redfin.com, and Realtor.com before deducting for cost of sale.

d. The filing of the Debtor's petition was not in good faith as required under 11 U.S.C. § 1325(a)(7). The Debtor has minimal creditors and the purpose of the filing of the Debtor's petition was to avoid and further delay litigation with the Creditor.

WHEREFORE, counsel for the Creditor requests a hearing, that the Court deny confirmation of the Debtor's Chapter 13 plan or require modification of the plan to increase the payments to unsecured creditors, and for other just and equitable relief that the Court deems fair and appropriate.

Dated this 19th day of June 2024.

RESPECTFULLY SUBMITTED:

By: _____
Noe J. Rincon
State Bar No. 1124893
*Attorney for the Creditor,*
Yvonne K. Edmunds

**KREKELER LAW, S.C.**
26 Schroeder Court, Suite 300
Madison, WI 53711
(608) 258-8555
(608) 663-0287 (fax)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*In re:*  Chapter 13

NICHOLAUS SWEATT  Case No. 24-10787-cjf

Debtor.

**AFFIDAVIT OF MAILING**

The undersigned, being first duly sworn on oath, deposes and says that on June 19, 2024, the Objection to Confirmation of Chapter 13 Plan was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

The undersigned, being first duly sworn on oath, deposes and says that on June 19, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Objection to Confirmation of Chapter 13 Plan to all on the attached matrix.

By: *Genesis McCarthy*
Genesis McCarthy

Subscribed and sworn to before me
on June 19, 2024.

*Jan L. Ciha*
Jan L. Ciha
Notary Public, State of Wisconsin
My commission expires: 06/19/2027



| Label Matrix for local noticing<br>0758-3<br>Case 3-24-10787-cjf<br>Western District of Wisconsin www.wiwb.uscour<br>Madison<br>Wed Jun 19 12:55:53 CDT 2024 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One/Menards<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
|---|---|---|
| Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Paul & Yvonne Edmunds<br>7691 Fish Lake Road<br>Sauk City, WI 53583-9534 | (p)MARK HARRING<br>ATTN STANDING TRUSTEE<br>122 WEST WASHINGTON AVENUE SUITE 500<br>MADISON WI 53703-2758 |
| IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J. David Krekeler<br>Krekeler Law, S.C.<br>26 Schroeder Court, Ste 300<br>Madison, WI 53711-2503 |
| Wade M. Pittman<br>Pittman & Pittman Law Offices, LLC<br>702 N Blackhawk Ave, STE 101<br>Madison, WI 53705-3357 | Kimberly P. Sebranek<br>Laffey, Sebranek, Auby & Ristau, S.C.<br>16 N Carroll St<br>Ste 500<br>Madison, WI 53703-2773 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 |
| Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Kristin J. Sederholm<br>Krekeler Law, S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 | Summit Credit Union<br>Attn: Bankruptcy<br>1709 Landmark Dr<br>Cottage Grove, WI 53527-8957 |
| Kimberly Sweatt<br>5102 Tonyawatha Trail<br>Monona, WI 53716-2978 | Nicholaus Sweatt<br>5102 Tonyawatha Trail<br>Monona, WI 53716-2978 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Yvonne Edmunds<br>7691 FIsh Lawk Road<br>Sauk City, WI 53583-9534 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Summit Credit Union

End of Label Matrix
Mailable recipients   19
Bypassed recipients    1
Total                 20