# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| *In re:* | Chapter 13 |
| NICHOLAUS SWEATT, | Case No. 24-10787-cjf |
| Debtor. | |

## OBJECTION TO DEBTOR'S EXEMPTIONS

Yvonne K. Edmunds ("Creditor"), through and by her attorneys, Krekeler Law, S.C., hereby objects to the following exemptions and exceptions claimed by Nicholaus Sweatt ("Debtor"):

1. The depository account exemption of $1,710 of value in checking and savings accounts with Summit Credit Union, claimed under Wis. Stat. § 815.18(3)(k).

    a. A debtor may exempt no more than their one-half interest in marital property when such property is "fungible and divisible by nature." *See In re Page*, 171 B.R. 349 (Bankr. W.D. Wis. 1994); *see also In re Lue Xiong*, 2006 Bankr. Lexis 717 (Bankr. E.D. Wis. May 3, 2006).

    b. The Debtor cannot claim more than his one-half interest in the divisible accounts.

2. The exception of the $2,617 of value in the Debtor's 529 Plan for his daughter from property of the estate under 11 U.S.C. 541(b)(5)(C), to the extent that the value therein does not comply with the provisions of § 541(b)(5)(C).

The Creditor, through counsel, requests that the Court set a hearing on this Objection.

Dated this 19th day of June 2024.

RESPECTFULLY SUBMITTED

By: _____
Noe J. Rincon
State Bar No. 1124893
*Attorney for the Creditor,*
Yvonne K. Edmunds

**KREKELER LAW, S.C.**
26 Schroeder Court, Suite 300
Madison, WI 53711
(608) 258-8555
(608) 663-0287 (fax)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| *In re:* | Chapter 13 |
| NICHOLAUS SWEATT | Case No. 24-10787-cjf |
| Debtor. | |

**AFFIDAVIT OF MAILING**

The undersigned, being first duly sworn on oath, deposes and says that on June 19, 2024, the Objection to Debtor's Exemptions was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

The undersigned, being first duly sworn on oath, deposes and says that on June 19, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Objection to Debtor's Exemptions to all on the attached matrix.

By: *Genesis McCarthy*
Genesis McCarthy

Subscribed and sworn to before me
on June 19, 2024.

*Jan L. Ciha*
Jan L. Ciha
Notary Public, State of Wisconsin
My commission expires: 06/19/2027

| Label Matrix for local noticing<br>0758-3<br>Case 3-24-10787-cjf<br>Western District of Wisconsin www.wiwb.uscour<br>Madison<br>Wed Jun 19 12:55:53 CDT 2024 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One/Menards<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
|---|---|---|
| Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Paul & Yvonne Edmunds<br>7691 Fish Lake Road<br>Sauk City, WI 53583-9534 | (p)MARK HARRING<br>ATTN STANDING TRUSTEE<br>122 WEST WASHINGTON AVENUE SUITE 500<br>MADISON WI 53703-2758 |
| IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J. David Krekeler<br>Krekeler Law, S.C.<br>26 Schroeder Court, Ste 300<br>Madison, WI 53711-2503 |
| Wade M. Pittman<br>Pittman & Pittman Law Offices, LLC<br>702 N Blackhawk Ave, STE 101<br>Madison, WI 53705-3357 | Kimberly P. Sebranek<br>Laffey, Sebranek, Auby & Ristau, S.C.<br>16 N Carroll St<br>Ste 500<br>Madison, WI 53703-2773 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 |
| Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Kristin J. Sederholm<br>Krekeler Law, S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 | Summit Credit Union<br>Attn: Bankruptcy<br>1709 Landmark Dr<br>Cottage Grove, WI 53527-8957 |
| Kimberly Sweatt<br>5102 Tonyawatha Trail<br>Monona, WI 53716-2978 | Nicholaus Sweatt<br>5102 Tonyawatha Trail<br>Monona, WI 53716-2978 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Yvonne Edmunds<br>7691 FIsh Lawk Road<br>Sauk City, WI 53583-9534 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Summit Credit Union

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20