**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

_____

**In Re:**

**Nicholaus Sweatt**

        **Debtor.**                                    **Case No: 24-10787**
_____

**LIQUIDATION ANALYSIS**
_____

| ASSET | VALUE | LIENS | EXEMPTION | EQUITY AVAILABLE |
|---|---|---|---|---|
| Homestead: 5102 Tonyawatha Trail, Monona, WI 53716 | $550,000.00 (per Opinion Price dated 7/1/24 - $38,500.00 (7.0% cost of sale) = $511,500.00 | 1st Lien – Summit CU = $532,452.41 (claim 6)<br><br>2nd Lien – Summit CU = $15,012.21 (claim 7) | WI Stat. 815.20 Not to exceed $75,000.00 | $-0- |
| 2019 Suburu Impreza | $7,500.00 | None | Wis. Stat. 815.18(3)(g): Not to Exceed = $18,700.00 | $-0- |
| 2017 Ford Explorer | $8,000.00 | None | Wis. Stat. 815.18(3)(g): Not to Exceed = $18,700.00 | $-0- |
| Household Goods, Electronics, Jewelry, Clothes | $7,000.00 | None | Wis. Stat. 815.18(3)(d): Not to Exceed = $24,000.00 | $-0- |
| Cash: | $50.00 | None | None | $50.00 |
| Bank Accounts | $1,710.00 | None | Wis. Stat. 815.18(3)(k): Not to Exceed = $5,000.00 (only 50% of value protected due to Non- | $855.00 |

| | | | Filing Spouse's interest) | |
|---|---|---|---|---|
| Business Interest: Assurance Electrical Services, LLC | $24,500.00 | None | Wis. Stat. 815.18(3)(b): Not to Exceed = $15,000.00 | $9,500.00 |
| Retirement Accounts | 54,400.00 | None | Wis. Stat. 815.18(3)(i): Not to Exceed = Unlimited | $-0- |
| Educational IRA/529 Plan for Daughter | $2,617.00 | None | Wis. Stat. 815.18(3)(p): Not to Exceed = Unlimited | $-0- |
| Life Insurance Policy | $-0- (Term Policy) | None | Wis. Stat. 815.18(3)(f)(2): Not to Exceed = Unlimited | $-0- |

**Total Available:**               **$10,405.00**

**Less Estimated Attorney's Fees:**       **$5,000.00**
**Available for Unsecured Creditors:**     **$5,405.00**

**Dated this  22  day of July, 2024 at Madison, Wisconsin.**

              **PITTMAN & PITTMAN LAW OFFICES, LLC**

       **By:  s/Wade M. Pittman**
           **Wade M. Pittman**
           **Attorney for Debtor**
           **Attorney No: 1090712**
           **702 N Blackhawk Ave, STE 101**
           **Madison, WI 53705**
           **(608) 233-43336**