# UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WISCONSIN

In Re:

Nicholaus Sweatt

    Debtor.                         Case No: 24-10787

## MOTION TO DETERMINE VALUATION OF REAL ESTATE

Nicholaus Sweatt, debtor, by attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Wade M. Pittman hereby moves the Court for an Order determining the value of real estate.

1. The debtor owns real estate (common address: 5102 Tonyawatha Trail, Monona, WI 53716) which consists of the debtor's home. A broker's opinion price conducted and received on July 1, 2024 by Susan Detering, Realtor/Broker of Solidarity Realty. The value of the home pursuant to this broker's opinion price is $550,000.00.

Dated this __29__ day of July, 2024 at Madison, Wisconsin.

                            **PITTMAN & PITTMAN LAW OFFICES, LLC**

                            **By:**    s/Wade M. Pittman
                                          **Wade M. Pittman**
                                          **Attorney for Debtor**
                                          **Attorney No: 1090712**
                                          **702 N Blackhawk Ave, STE 101**
                                          **Madison, WI 53705**
                                          **(608) 233-4336**

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

In Re:

Nicholaus Sweatt

    Debtor.                                        Case No: 24-10787

NOTICE OF MOTION FOR VALUATION

**PLEASE TAKE NOTICE**, that the debtor, by their attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Wade M. Pittman, has filed a Motion for Valuation. A copy of said Motion is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before **August 12, 2024** you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court Western District of Wisconsin,, 120 North Henry Street, Room 340, Madison, WI 53703-2559* and a copy to Wade M. Pittman, *702 N Blackhawk Ave, STE 101, Madison, WI 53705*If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

Dated this __29__ day of July, 2024, at Madison, Wisconsin.

                                                  PITTMAN & PITTMAN LAW OFFICES, LLC

                              By:    s/Wade M. Pittman
                                       Wade M. Pittman
                                       Attorney for Debtor
                                       Attorney No: 1090712
                                       702 N Blackhawk Ave, STE 101
                                       Madison, WI 53705
                                       (608) 233-4336

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

**Nicholaus Sweatt**

      **Debtor.**        Case No: 24-10787

**AFFIDAVIT OF SERVICE BY MAIL**

| | |
|---|---|
| **STATE OF WISCONSIN** | ) |
| | ) SS |
| **COUNTY OF DANE** | ) |

I, Wade M. Pittman, am an employee of the law firm, Pittman & Pittman Law Offices, LLC, attorney for above-named debtor(s). I certify that on the **29th day of July 2024** I electronically filed a **Motion for Valuation and Notice of Motion**. I also certify that copies of these documents were mailed, properly enclosed in a postage paid envelope, or served electrically if the party accepts electronic service, to the parties as listed below and/or on the attached list.

Mark Harring Standing Ch 13 Trustee
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 88004
CHICAGO, IL 60680-1004

U.S. Trustee's Office
780 Regent Street, STE 304
Madison, WI 53715-2635

Krekeler Law, S.C.
26 Schroeder Court, STE 300
Madison, WI 53711-2503

      Dated this   **29**   day of July, 2024, at Madison, Wisconsin.

      **PITTMAN & PITTMAN LAW OFFICES, LLC**

      By:    s/Wade M. Pittman
                Wade M. Pittman
                Attorney No: 1090712
                Attorney for Debtor
                702 N Blackhawk Ave, STE 101
                Madison, WI 53705
                (608) 233-4336