UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re: Nicholaus Sweatt                     Case No. 24-10787-13

                    Debtor(s)

TRUSTEE'S OBJECTION TO AMENDED SCHEDULES/LIQUIDATION ANALYSIS and RECOMMENDATION OF AMENDED SCHEDULES

Mark Harring, Standing 13 Trustee, by his attorney, objects to Amended Schedules A/B&C filed as Document #31 on 7/22/2024 together with Liquidation Analysis filed as Document #32 but has no objection to Amended Schedules I&J and SOFA filed as Document #31 and states as follows:

1. Schedule A is amended to reduce the value net of sale costs of the debtor's homestead from $560,790 to $511,500 based on a Broker's Opinion dated 7/1/2024. We note the opinion indicates a much higher value of $650,000 to $685,000 if work currently being undertaken is completed. We also note the amended SOFA indicates that the debtor used net sale proceeds from his previous home in the amount of $211,000 as a down payment for the current home purchase and for repairs to the current home. It is not yet clear that the value of the debtor's homestead has been established.

2. Schedule C is amended to delete a homestead exemption based on the debtor's reduced valuation.

3. Schedules I&J are amended to more accurately reflect the income of the debtor's nonfiling spouse, an increase from $6063.42/mo to $8906.61/mo. Although this office has no objection to the amended budget it is the position of this office that an Amended Means Test must be completed to include this income increase, a move that will result in a determination that the debtor is above median and must propose a 60 month plan.

4. In light of the foregoing, we ask that a confirmation hearing be put back on the calendar.

Dated: August 13, 2024

                                    Standing Chapter 13 Trustee

                                    By: /s/ *Leslie Brodhead Griffith*
                                    Leslie Brodhead Griffith
                                    Attorney for Trustee
                                    122 W Washington Ave, Suite 500
                                    Madison, WI   53703-2758
                                    (608) 256-4320