UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:  Nicholaus Sweatt                        Case No. 24-10787-13

                    Debtor(s)

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN, AMENDED LIQUIDATION
ANALYSIS, MEANS TEST and RECOMMENDATION OF AMENDED SCHEDULES

Mark Harring, Standing 13 Trustee, by his attorney, objects to confirmation of the First
Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #69  on
11/11/2024 together with Amended Means Test filed as Document #49 on 9/6/2024, Amended
Liquidation Analysis filed as Document #62 on 10/25/2024 and Amended Schedules A/B&C
filed as Document #63 on 10/28/2024 and states as follows:

1. Plan is amended to reduce plan payments from $575/mo to $425/mo for the final 53 months of
a 60 month plan. The most recent budget filed in this case appears to support payments of in
excess of $425/mo and the debtor has yet to provide this office with detailed business financial
information, pay stubs for the nonfiling spouse and support for the nonfiling spouse's separate
debt payments, direct paid life insurance and childcare expenses.

2. Plan is amended to reflect the lack of priority debt now that IRS has amended the claim to
indicate a zero balance.

3. The Means Test is amended to increase nonfiling spouse income but also to increase the direct
nonfiling spouse debt deduction. As noted above, this office has reached out directly to debtor's
attorney requesting additional information to allow us to complete our Means Test review. It is
not apparent what the net MDI is or if the plan is meeting this requirement.

4. The Liquidation Analysis is amended to adjust the homestead value now that has been
determined. In our review of the form it appears there is a disconnect between the vehicle
exemption claimed on Schedule C and the analysis. It is the position of this office the amount
available for unsecured creditors should be increased by the $6500 unprotected equity in debtor's
Ford Explorer.

5. Schedules A/B&C have been amended to reflect the recently determined homestead value and
to protect debtor's interest with available exemption.

6. As these documents were timely filed, the 10/3/2024 and 10/28/2024 Court Orders are
resolved.

Dated:   November 27, 2024

Standing Chapter 13 Trustee

By: /s/ *Leslie Brodhead Griffith*

Leslie Brodhead Griffith
Attorney for Trustee
122 W Washington Ave, Suite 500
Madison, WI   53703-2758
(608) 256-4320