UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:  Nicholaus Sweatt                                    Case No. 24-10787-13

      Debtor(s)

TRUSTEE'S RECOMMENDATION OF AMENDED CHAPTER 13 PLAN. LIQUIDATION ANALYSIS and AMENDED MEANS TEST

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the Second Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #76 on 12/12/2024 together with Liquation Analysis filed as Document #62 on 10/25/2024 and Amended Means Test filed as Document #49 on 9/6/2024 and states as follows:

1. Plan is amended to provide for plan payments of $425/mo starting in December 2024, increasing to $625/mo for the final 44 months of a 60 month plan once direct orthodontic loan payments are completed. An earlier filed amended budget supports the debtor's ability to make the plan payments and the debtor/attorney have now provided additional information/explanation related to the income and expenses of the nonfiling spouse. The debtor is aware he will be required to provide this office with annual tax returns during the pendency of this case.

2. Plan is amended to indicate there are no priority debts now that an amended IRS claim has been filed.

3. The Means Test is amended to include more accurate income for both the debtor and nonfiling spouse along with allowed expense deductions. As noted above, the debtor/attorney have now provided additional explanation and support for the figures used on this form and our office is satisfied the net MDI is $16,895.20. A plan projection indicates filed unsecured claims will receive not less than the net MDI amount. In light of the projection, the Liquidation Analysis objection is also resolved.

4. A proposed Confirmation Order will be sent to the Court for signing.

Dated:   December 13, 2024

                                      Standing Chapter 13 Trustee

                                      By:   /s/*Leslie Brodhead Griffith*
                                      Leslie Brodhead Griffith
                                      Attorney for Trustee
                                      122 W Washington Ave, Suite 500
                                      Madison, WI   53703-2758
                                      (608) 256-4320