UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

_____

In Re:  Nicholaus Sweatt          Bankruptcy No.24-10787-13

_____

ORDER CONFIRMING PLAN

_____

        The debtor's plan filed on  4/22/2024 (if appropriate, as amended on 12/12/2024 ) having
been transmitted to the creditors; and the plan complies with the provisions of Chapter 13 and with
other applicable provisions of Title 11 U.S.C.; and any fee, charge, or amount required under
Chapter 13 of Title 28, U.S.C., or by the plan, to be paid before confirmation, has been paid; and
        It having been determined after hearing on notice:
1)  The plan has been proposed in good faith and not by any means forbidden by law; and
2)  The value, as of the effective date of the plan, of property to be distributed under the plan on
    account of each allowed unsecured claim is not less than the amount that would be paid on
    such claim if the estate of the debtor were liquidated under Chapter 7 of Title 11 U.S.C. on
    such date; and
3)  With respect to each allowed secured claim provided for by the plan -
    a)  The holder of such claim has accepted the plan;
    b)  The plan provides that the holder of such claim retain the lien securing such claim; and
    c)  The value, as of the effective date of the plan of property to be distributed under the plan on
        account of such claim is not less than the allowed amount of such claim; or
    d)  The debtor surrenders the property securing claims to such holder; and
4)  The debtor will be able to make all payments under the plan and to comply with the plan;

IT IS ORDERED THAT:
        1.  The debtor's plan (if appropriate, as amended) is confirmed.
        2.  The plan requires payments starting  5/22/2024     $525.00 per month
        12/22/2024     $425.00 per month
         9/22/2025     $625.00 per month
         and to continue thereafter until further ordered, payable to the Trustee,  Mark Harring, at
        MARK HARRING CH 13 TRUSTEE P.O. BOX 88004 CHICAGO, IL 60680-1004.
                                        ###