**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: December 19, 2024**



_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| In the Matter of: | In Proceedings for a Debt |
| | Repayment Plan Under Chapter 13 |
| Nicholaus Sweatt | |
| | Case Number 24-10787- 13 |

---

### AMENDED ORDER TO DEBTOR TO PAY THE TRUSTEE

TO   Nicholaus Sweatt
     5102 Tonyawatha Trail
     Monona WI 53716

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan. Now therefore the Court makes the following order:

It is ordered that Nicholaus Sweatt the debtor(s), until further notice from the Trustee, pay from income or earnings the sum of:

    425.00 MONTHLY        Due immediately

and to continue MONTHLY until:

    625.00 MONTHLY        Due by: 9/22/2025

and to continue MONTHLY thereafter.

| | |
|---|---|
| Said payment(s) to be by | Money Order, Cashiers Checks or via TFSBillPay.com |
| Money Orders and Cashiers Checks must | Include Your Name and Case Number on them. |
| Your Case Number is: | 24-10787 |

If you are paid on a cycle that differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an annual basis. Please indicate your cycle if different from the cycle ordered.

Payment coupons are available from the Trustee's web site: www.ch13wdw.org or from the Trustee's office.

| | |
|---|---|
| Payments should be made to: | Mark Harring Standing Trustee |
| and mailed to: | MARK HARRING CH 13 TRUSTEE<br>P.O. BOX 88004<br>CHICAGO IL 60680-1004 |
| Ch 13 Office Phone # | 608-256-4320 |

This order supersedes any previous order made to you in this case.

    YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

                                    ###