**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: January 3, 2025**



_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

_____

In Re:  Nicholaus Sweatt          Bankruptcy No.24-10787-13

_____

ORDER CONFIRMING PLAN

_____

    The debtor's plan filed on  4/22/2024 (if appropriate, as amended on 12/12/2024 ) having been transmitted to the creditors; and the plan complies with the provisions of Chapter 13 and with other applicable provisions of Title 11 U.S.C.; and any fee, charge, or amount required under Chapter 13 of Title 28, U.S.C., or by the plan, to be paid before confirmation, has been paid; and
    It having been determined after hearing on notice:

1) The plan has been proposed in good faith and not by any means forbidden by law; and
2) The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under Chapter 7 of Title 11 U.S.C. on such date; and
3) With respect to each allowed secured claim provided for by the plan -
    a) The holder of such claim has accepted the plan;
    b) The plan provides that the holder of such claim retain the lien securing such claim; and
    c) The value, as of the effective date of the plan of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
    d) The debtor surrenders the property securing claims to such holder; and
4) The debtor will be able to make all payments under the plan and to comply with the plan;

IT IS ORDERED THAT:
    1.  The debtor's plan (if appropriate, as amended) is confirmed.
    2.  The plan requires payments starting  5/22/2024     $525.00 per month
 12/22/2024     $425.00 per month
  9/22/2025     $625.00 per month
 and to continue thereafter until further ordered, payable to the Trustee,  Mark Harring, at MARK HARRING CH 13 TRUSTEE P.O. BOX 88004 CHICAGO, IL 60680-1004.

                                                             ###

| | |
|---|---|
| In re: | Case No. 24-10787-cjf |
| Nicholaus Sweatt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0758-3 | User: eADIuser | Page 1 of 2 |
| Date Rcvd: Jan 03, 2025 | Form ID: pdf827 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholaus Sweatt, 5102 Tonyawatha Trail, Monona, WI 53716-2978 |
| nds | + | Kimberly Sweatt, 5102 Tonyawatha Trail, Monona, WI 53716-2978 |
| cr | + | Paul & Yvonne Edmunds, 7691 Fish Lake Road, Sauk City, WI 53583, UNITED STATES 53583-9534 |
| 5121711 | + | Yvonne Edmunds, c/o Krekeler Law, S.C., 26 Schroeder Court, Suite 300, Madison, WI 53711-2503 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5121706 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 03 2025 19:25:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5136297 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 03 2025 19:25:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5121707 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 19:28:49 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5121708 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 19:41:20 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5137776 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 19:41:20 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5121709 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2025 19:25:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5135389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2025 19:28:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5135843 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2025 19:28:54 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5137708 | + | Email/PDF: bknotices@summitcreditunion.com | Jan 03 2025 19:41:14 | Summit Credit Union, Attn Bankr. Dept., PO Box 8046, Madison, WI 53708-8046 |
| 5121710 | + | Email/PDF: bknotices@summitcreditunion.com | Jan 03 2025 19:41:14 | Summit Credit Union, Attn: Bankruptcy, 1709 Landmark Dr, Cottage Grove, WI 53527-8957 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Summit Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. David Krekeler | on behalf of Creditor Paul & Yvonne Edmunds jdkrek@ks-lawfirm.com hrschank@ks-lawfirm.com;cwatson@ks-lawfirm.com;bisige@ks-lawfirm.com;ngaultcrabb@ks-lawfirm.com;khammer@ks-lawfirm.com;aprogar@ks-lawfirm.com;gmccarthy@ks-lawfirm.com |
| Kimberly P. Sebranek | on behalf of Creditor Summit Credit Union k.sebranek@els-law.com sshank@els-law.com |
| Kristin J. Sederholm | on behalf of Creditor Paul & Yvonne Edmunds ksederho@ks-lawfirm.com jdkrek@ks-lawfirm.com;hrschank@ks-lawfirm.com;cwatson@ks-lawfirm.com;bisige@ks-lawfirm.com;ngaultcrabb@ks-lawfirm.com;khammer@ks-lawfirm.com;aprogar@ks-lawfirm.com;gmccarthy@ks-lawfirm.com |
| Mark Harring | court@ch13wdw.org |
| Noe Joseph Rincon | on behalf of Creditor Paul & Yvonne Edmunds nrincon@ks-lawfirm.com jdkrek@ks-lawfirm.com;hrschank@ks-lawfirm.com;cwatson@ks-lawfirm.com;bisige@ks-lawfirm.com;ngaultcrabb@ks-lawfirm.com;khammer@ks-lawfirm.com;aprogar@ks-lawfirm.com;gmccarthy@ks-lawfirm.com |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |
| Wade M. Pittman | on behalf of Debtor Nicholaus Sweatt wade@pittmanandpittman.com wanda@pittmanandpittman.com;greg@pittmanandpittman.com;galen@pittmanandpittman.com |

TOTAL: 7